PER CURIAM.
Affirmed. Marsh v. Marsh, 419 So.2d 629 (Fla.1982); Canakaris v. Canakaris, 382 So.2d 1197 (Fla.1980); Hu v. Hu, 432 So.2d 1389 (Fla. 2d DCA 1983); Schwartz v. Schwartz, 431 So.2d 716 (Fla. 3d DCA 1983); Szot v. Szot, 425 So.2d 172 (Fla. 2d DCA 1983); Douglass v. Jones, 422 So.2d 352 (Fla. 5th DCA 1982); Lee B. Stern & Co. v. Green, 398 So.2d 918 (Fla. 3d DCA 1981); Watts v. Haun, 393 So.2d 54 (Fla. 2d DCA 1981); Liberman v. Kelso, 354 So.2d 137 (Fla. 2d DCA 1978); Croft v. Young, 188 So.2d 859 (Fla. 1st DCA 1966); Rosenblatt v. American Cyanamid, Co., 86 S.Ct. 1, 15 L.Ed.2d 39 (1965); Section 48.193 Florida Statutes (1983).